IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 07-cr-00196-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROGELIO VASQUEZ-ARREOLA,,
2. ALEX CRUZ-MEDA,

    Defendants.
_____

## ORDER
_____

This will confirm that the following motions are set for an evidentiary hearing to commence on **Friday, August 10, 2007, at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado:

    1) Defendant Rogelio Vasquez-Arreola's Motion to Exclude Witness Statements and Testimony [**Doc #30**];

    2) Defendant Rogelio Vasquez-Arreola's Motion to Suppress Statements [**Doc #32**] and Defendant Alex Cruz-Meda's Motion to Suppress Statements [**Doc #25**]; and

    3) Defendant Alex Cruz-Meda's Motion to Exclude Witness Statements and Testimony [**Doc #24**].

    IT IS FURTHER ORDERED that, if time permits, I will likewise hear argument from counsel on the following motions:

    1) Defendant Alex Cruz-Meda's Motion *In Limine* I [**Doc #27**]; and

2) Defendant Rogelio Vasquez-Arreola's Motion for Specific Discovery: "A" Files [**Doc #29**] and Defendant Alex Cruz-Meda's Motion for Specific Discovery "A" Files [**Doc #26**].

Dated: July   2nd  , 2007 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock  
LEWIS T. BABCOCK, JUDGE