IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No. 07-cr-00196-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ROGELIO VASQUEZ-ARREOLA,,
2. ALEX CRUZ-MEDA,

    Defendants.
_____

ORDER
_____

    Defendant, Alex Cruz-Meda, has sought a seven (7) day leave to investigate and possibly file a Motion to Suppress related to the results of a photo identification. I GRANT this oral request and, accordingly, ORDER that Defendant Alex Cruz-Meda has until **Monday, July 9, 2007,** to file a motion to suppress related to the results of a photo identification and, if such a motion is filed, the Government has until **Monday, July 16, 2007,** to file a response thereto.

Dated: July   2nd  , 2007 in Denver, Colorado.

                                                                     BY THE COURT:

                                                                      s/Lewis T. Babcock
                                                                      LEWIS T. BABCOCK, JUDGE