IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Criminal Case No.  07-cr-00196-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. ROGELIO VASQUEZ-ARREOLA,,
2. ALEX CRUZ-MEDA,

      Defendants.
_____

# ORDER
_____

      This matter is before me on Defendant Alex Cruz-Meda's ("Cruz-Meda") Motion for Witness Contact Information [**Doc # 22**] and Defendant Rogelio Vasquez-Arreola's ("Vasquez-Arreola") Motion for Witness Contact Information [**Doc # 28**].  For the reasons stated on the record at the hearing on July 2, 2007, at 10:00 am, I GRANT IN PART and DENY IN PART both motions.

      Accordingly, IT IS ORDERED that the motions are GRANTED as follows:

1. The Government need not provide Defendants with contact information for material witness Ismael Morales-Vasquez.  However, the Government shall make him available to defense counsel for the opportunity to interview him at a mutually agreed upon location outside of Government presence within thirty (30) days of this order.  Prior to that interview, defense counsel shall remind Mr. Morales-Vasquez that it is his choice to either accept or decline to be interviewed.

2.  In addition, if and when material witness Angel Lopez-Almeyda returns to or is located in the United States, the Government shall make him available to defense counsel for the opportunity to interview him at a mutually agreed upon location outside of Government presence within thirty (30) days of the Government becoming aware of his return to the United States.  Prior to that interview, defense counsel shall remind Mr. Lopez-Almeyda that it is his choice to either accept or decline to be interviewed.

3. The Government shall provide to the defense the most recent contact information it has regarding the fourteen (14) additional non-material witnesses within thirty (30) days of this order.

IT IS FURTHER ORDERED that counsel file a Joint Status Report with the court related

to these rulings by **Wednesday, August 1, 2007**; and

Finally, IT IS ORDERED that the remaining relief requested in Defendants' motions is

DENIED.

Dated: July __2nd__, 2007 in Denver, Colorado.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE